(August 15, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOUGLAS GRAY, Petitioner, v ROBERT HOKE, as Superintendent of Eastern Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied. Mahoney, P. J., Kane, Main, Yesawich, Jr., and Harvey, JJ., concur.

■■■■■

(August 20, 1985)

■ HOWARD FISHER, Plaintiff, v J. BYRON O'CONNELL, Defendant.—Motion by plaintiff for extension of time to appeal denied, without costs, on the ground that this court is without jurisdiction to grant such relief in this case (CPLR 5514 [c]; *A & B Serv. Sta. v State of New York,* 50 AD2d 973-974, *lv denied* 39 NY2d 709).

Motion for extension of time to perfect appeal denied as academic, without costs. Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.

■ In the Matter of COMMISSIONER OF SOCIAL SERVICES, on Behalf of SUZANNE II., Respondent, v STEPHEN JJ., Appellant. —Motion to dismiss appeal for failure of prosecution granted, without costs, on the ground that the papers fail to establish a reasonable excuse for the delay or facts showing merit to the appeal as required by section 800.12 of the Rules of Practice (22 NYCRR 800.12). Mahoney, P. J., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.